The People of the State of Illinois, Plaintiff-Appellee, *v.* Percy Nero, Defendant-Appellant.

(No. 60414;

First District (2nd Division)—June 17, 1975.

PER CURIAM.

James Doherty, Public Defender, of Chicago (John X. Breslin and James M. Sammons, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and John T. Theis, Assistant State's Attorneys, of counsel), for the People.